# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-395-RJC-DCK

| | |
|---|---|
| RICHARD KINGSBERRY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| UNION COUNTY PUBLIC SCHOOLS, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Mediated Settlement Agreement" (Document No. 16) notifying the Court that the parties reached a settlement on January 17, 2018. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **February 28, 2018**.

**SO ORDERED**.

Signed: February 5, 2018

David C. Keesler
United States Magistrate Judge